UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | ) |
| BONILLA MELENDEZ, SAMUEL | )   12-05336   -BKT |
| SSN: XXX-XX-3481 | )   Chapter 7 |
| VEGA COLON, MINERVA | ) |
| SSN: XXX-XX-5528 | ) |
| Debtor(s). | ) |

**TRUSTEE INTERIM REPORT**

The Trustee, hereby files his Individual Estate Property Record and Report (Form 1) for the twelve month reporting period ending 12/31/2013. This report is intended to provide parties in interest with a general accounting of the Trustee's case administration.

Column 1: Asset Description (Scheduled and Unscheduled Property):  This is a listing of all the Debtor's interest in assets from the petition, schedules, and statement of financial affairs.  Also listed are unscheduled assets discovered by the Trustee, income of the estate (including post-petition interest on bank accounts), and claims which the estate may possess.

Column 2: Petition/Unscheduled Values:  Column 2 reflects the dollar value of each asset, as first assigned by Debtor in the filed Schedules, or by the Trustee's initial estimate of values in the case of unscheduled assets.  Scheduled values are often unreliable and may change significantly throughout the course of Trustee's investigation and administration.

Column 3: Estimated Net Value(Value Determined by Trustee Less Liens, Exemptions and Other Costs:  Column 3 reflects the value of each asset as determined by the Trustee minus any appropriate adjustment.  This value represents the Trustee's best initial estimate of **net** sale or liquidation value of the asset.  Actual liquidation value may differ as a result of market conditions at the time of sale, costs of recovery, storage, insurance and sale.

Column 4: Property Formally Abandoned:   If this column is blank it means either that (1) Trustee intends to administer the asset, (2) Trustee has not decided, or (3) Trustee has already liquidated the asset.  An entry of "OA" indicates the property has or will be formally abandoned under 11 U.S.C. 554 (a).

Column 5: Sales/Funds Received by the Estate:  Column 5 indicates the **gross** amount of proceeds received from the liquidation of each asset regardless of amounts paid out to secured creditors or for expenses.

Column 6: Asset Fully Administered/Gross Value of Remaining Assets:  When an asset has been fully administered either by liquidation, formal abandonment, or the Trustee has reached a decision to abandon at closing of the estate, the entry "FA" will be listed in Column 6.  For assets still being administered, column 6 reflects the Trustee's current best estimate of the **gross**  value.  Actual liquidation value may differ as a result of market conditions at the time of sale.  Note: The difference between Columns 3 and 5 does not necessarily equal the figure in Column 6.

Other Information:  Note that the Trustee has provided information about matters pending in the case and projected date for filing the Trustee's Final Report (TFR).

Dated: February 13, 2014                    Respectfully Submitted,

/s/ WIGBERTO LUGO-MENDER

WIGBERTO LUGO-MENDER, Chapter 7 Trustee
CENTRO INTERNACIONAL DE MERCADEO
RD 165 TORRE I SUITE 501
GUAYNABO, PR  00968
787-707-0404/ Fax 787-707-0412
E-Mail: wlugo@ecf.epiqsystems.com

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 12-05336 BKT | Judge: BRIAN K TESTER | Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|---|---|---|
| Case Name: | BONILLA MELENDEZ, SAMUEL | | Date Filed (f) or Converted (c): | 07/06/12 (f) |
| | VEGA COLON, MINERVA | | 341(a) Meeting Date: | 08/15/12 |
| For Period Ending: | 12/31/13 | (2nd reporting period for this case) | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential property located at San Cristobal Ward #253 Cristibal Cruet St on Cayey | 104,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Financial accounts- Certificate of Deposit Scotiabank | 35,875.00 | 26,672.00 | | 0.00 | 26,672.00 |
| 3. Financial accounts- Santander Bank | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4. Household goods and furnishing | 4,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. Wearing apparel | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. Furs and Jewelry | 800.00 | 0.00 | | 0.00 | 0.00 |
| 7. Interest on inheritance property INHERITANCE RIGHTS:CO DEBTOR HAVE 1/3 OF THE PARTICIPATION WITH 2 BROS, PARENTS HOUSE:CEMENT STRUCTURE WITH 3BR,LR,DR,K 2 BATHS IN PLOT OF LAND OF 190 S/M NO REGISTRABLE TOTAL VALUE = $40,000.00 MINUS LEGAL COST $5,000.00 DEBTOR PARTICIPATION = $11,667.00 | 11,667.00 | 0.00 | | 0.00 | 0.00 |
| 8. Vehicle- SCION XA 2006 | 8,000.00 | 0.00 | | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $164,842.00 | $26,672.00 | | $0.00 | $26,672.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee still is investigating the financial affairs of the above captioned estate. [Request title search- Potential preference action]

LFORM1

Ver: 17.05

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

| | |
|---|---|
| Case No: 12-05336 BKT Judge: BRIAN K TESTER | Trustee Name: WIGBERTO LUGO-MENDER |
| Case Name: BONILLA MELENDEZ, SAMUEL | Date Filed (f) or Converted (c): 07/06/12 (f) |
| VEGA COLON, MINERVA | 341(a) Meeting Date: 08/15/12 |
| | Claims Bar Date: |

An adversary proceeding was filed, parties are in the process to file a settlement

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/14

/s/    WIGBERTO LUGO-MENDER
_____ Date: 02/13/14
WIGBERTO LUGO-MENDER
CENTRO INTERNACIONAL DE MERCADEO
RD 165 TORRE I SUITE 501
GUAYNABO, PR  00968
Phone: (787) 707-0404
Email: wlugo@ecf.epiqsystems.com

LFORM1

Ver: 17.05